UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                    CASE NO. 06 B 07425
   PRISCILLA R PHILLIPS
                                          CHAPTER 13

                                          JUDGE: JOHN H SQUIRES
         Debtor
   SSN XXX-XX-7163
```

---
### TRUSTEE'S FINAL REPORT AND ACCOUNT
---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 06/23/06 and confirmed on 10/25/06.

2. The case was dismissed after confirmation, 09/07/2007.

3. The Debtor paid a total of $ 2487.24 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| RIVER AUTO GROUP | SECURED | 8297.00 | 295.56 | 1646.13 |
| OSI COLLECTION SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| CASH MART CORP | SPECIAL CLASS | 722.05 | .00 | .00 |
| CBA COLLECTION BUREAU | UNSECURED | NOT FILED | .00 | .00 |
| CCA | UNSECURED | NOT FILED | .00 | .00 |
| CITY OF CHICAGO | UNSECURED | 802.11 | .00 | .00 |
| COMED | UNSECURED | NOT FILED | .00 | .00 |
| COMCAST | UNSECURED | NOT FILED | .00 | .00 |
| CREDIT PROTECTION ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| CREDIT SYSTEMS INT INC | UNSECURED | NOT FILED | .00 | .00 |
| FIGIS INC | UNSECURED | 81.94 | .00 | .00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| ILL DEPT OF EMPLOYMENT S | UNSECURED | 909.50 | .00 | .00 |
| IL STATE TOLL HWY AUTHOR | UNSECURED | 1862.15 | .00 | .00 |
| INSTANT CASH ADVANCE | UNSECURED | NOT FILED | .00 | .00 |
| NCO FINANCIAL SYSTEMS | UNSECURED | NOT FILED | .00 | .00 |
| NUVELL CREDIT COMPANY LL | UNSECURED | 13654.17 | .00 | .00 |
| PEOPLES GAS | UNSECURED | 110.08 | .00 | .00 |
| PLAINS COMMERCE BK | UNSECURED | NOT FILED | .00 | .00 |
| ILLINOIS STUDENT ASSIST | UNSECURED | 7389.07 | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| SALLIE MAE LSCF | UNSECURED | NOT FILED | .00 | .00 |
| SPRINT NEXTEL | UNSECURED | 379.10 | .00 | .00 |
| T MOBILE USA | UNSECURED | 255.41 | .00 | .00 |
| TRUSTMARK RECOVERY SRV | UNSECURED | NOT FILED | .00 | .00 |
| UNITED AUTO CREDIT CORP | UNSECURED | 4809.94 | .00 | .00 |
| ERS | UNSECURED | 516.44 | .00 | .00 |

Summary of disbursements:

```
                    SECURED      PRIORITY     UNSECURED        OTHER         TOTAL
------------------------------------------------------------------------------------
TOTAL CLMS ALLOWED   8297.00          .00      31491.96          .00      39788.96
PRINCIPAL PAID       1646.13          .00           .00          .00       1646.13
INTEREST PAID         295.56          .00           .00          .00        295.56
TOTAL PAID           1941.69          .00           .00          .00       1941.69
```

The Debtor's attorney, GLEASON & MACMASTER           , was allowed $   2500.00
and was paid $     436.72 .

The Trustee received $     108.83 .

Refunds to the Debtor totaled $         .00 .

   Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 12/18/07                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE